ORIGINAL

FILED
JUN 19 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BESSIE SHIRA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 08-453 L |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**ALPHABETICAL/NUMBERED PLAINTIFFS LIST SUBMITTED PURSUANT TO RCFC 20(a) PENDING CONSOLIDATION OF DIRECTLY RELATED CASES**

Comes Now, Plaintiffs, by and through their counsel of record, R. Deryl Edwards, Jr., and herewith submits the alphabetical listing of the Plaintiffs for the captioned matter, pending the anticipated consolidation of the captioned case with the directly related cases of *Winder v. U.S.*, Case No. 08-324 L and *Beecham v. U.S.*, Case No. 08-435 L. The Plaintiffs have separately submitted an alphabetical listing of all Plaintiffs in the three cases in anticipation of consolidation of the cases.

1. DORSIE AND MADALYN GIBBS
2. J & J FAMILY TRUST
3. BESSIE SHIRA
4. EVERETT AND BESSIE SHIRA TRUST

Respectfully Submitted,

LAW OFFICES OF R. DERYL EDWARDS, JR.
R. Deryl Edwards, Jr. MO# 48277
606 S. Pearl
Joplin, MO 64801-2582
(417) 624-1962
(417) 624-1965
rde417@hotmail.com
ATTORNEY FOR THE PLAINTIFFS